IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BRUCE COX,** | : | |
| **Plaintiff,** | : | Case No. 2:06-CV-567 |
| v. | : | **Judge Holschuh** |
| **TO WHOM IT CONCERNS,** | : | **Magistrate Judge Abel** |
| **Defendant.** | : | |
| | : | |

## ORDER

On August 7, 2006, Magistrate Judge Abel issued an Initial Screening Order granting Plaintiff's request to proceed *in forma pauperis,* but recommending that Plaintiff's complaint be dismissed for failure to state a claim upon which relief may be granted. (Record at 4). Plaintiff was notified of his right to file objections to the Report and Recommendation, and advised that if he failed to do so within ten days, he would waive his right to a *de novo* review by the district judge and waive his right to appeal the judgment of the district court.

Plaintiff was served with a copy of the Report and Recommendation by certified mail, but has failed to file any objections within the time allotted. The Court therefore **ADOPTS** Magistrate Judge Abel's Report and Recommendation, and **DISMISSES** this case without prejudice.

**IT IS SO ORDERED.**

Date: September 22, 2006

/s/ **John D. Holschuh**
John D. Holschuh, Judge
United States District Court